# EXHIBIT 1
# Declaration of Stacey Kaczynski

## DECLARATION OF STACEY KACZYNSKI

My name is Stacey Kaczynski. I am over eighteen years of age. I have personal knowledge of the facts stated herein and am competent to testify as follows:

1. Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:
2. I am the mother of Hunter Kaczynski, a minor.

.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of February, 2020

_____
Stacy Kaczynski